UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ULORIC PRODUCTS LIABILITY COORDINATED PRETRIAL PROCEEDINGS </br></br>This Document Relates to:</br></br>ALL CASES | Case No. 20 CV 623</br>The Honorable Matthew F. Kennelly |

**CASE MANAGEMENT ORDER # 9**
**(Revised Case Management Plan)**

Pursuant to and in furtherance of Case Management Orders entered in *In re: Uloric Products Liability Coordinated Pretrial Proceedings*, and specifically Orders No. 1, 6, 7, and 8, the Court hereby approved the following agreed case management plan submitted by the parties, governing discovery between the Parties. This CMO supersedes the deadlines set forth in all prior scheduling orders.

**I.   FACT DISCOVERY**

A.   The Court sets the following timelines and deadlines with respect to document production and depositions of generic fact witnesses, physicians, plaintiffs and case specific witnesses in these coordinated pretrial proceedings.

| | Event | Deadline |
|---|---|---|
| 1. | Parties to complete search term negotiations and finalize search terms for all remaining custodians. | 07/23/2021 |

| 2. | Deadline for Plaintiffs to request the custodial files of any additional custodian sought [1] beyond the 26 custodians identified in Defendants' 26a1 disclosures and June 2020 discovery responses. | 9/27/21 |
|---|---|---|
| 3. | Deadline for Defendants to produce the custodial files of custodians identified in 26a1 disclosures and to make any case-specific productions. | 10/29/21 |
| 4. | Depositions of non-case specific corporate witnesses, plaintiffs, generic fact witnesses, physicians, and other case-specific witnesses may begin. | 10/29/21 |
| 5. | Deadline for Defendants to produce the custodial files of custodians identified in June 2020 discovery responses. | 11/29/21 |
| 6. | Deadline for Defendants to produce the custodial files of custodians requested by Plaintiffs pursuant to Event No. 3 above. | 12/24/2021 |
| 7. | Deadline for the Parties to complete non-case specific corporate witnesses, plaintiffs, generic fact witnesses, physicians, and other case-specific witness depositions. | 3/18/2022 |
| | Until further order of this Court, all outstanding responsive pleading deadlines and PFS deadlines triggered by responsive pleadings are stayed. | |

**SO ORDERED** the 4th day of April, 2021.

_Hon. Matthew F. Kennelly_
Judge of the United States District Court

---

[1] If, plaintiffs seek additional custodial files, plaintiffs shall meet and confer with defendants to determine if an agreement can be reached on the number of additional files. If the Parties are unable to agree on the number of additional files, the dispute shall be submitted promptly to the Court for resolution.